UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA WOLFSON,<br><br>       Plaintiff,<br><br>      v.<br><br>POSHMARK, INC., MANISH CHANDRA,<br>NAVIN CHADDHA, JENNY MING,<br>EBONY BECKWITH, JEFF EPSTEIN,<br>HANS TUNG, and SERENA J. WILLIAMS,<br><br>      Defendants. | No. 1:22-cv-10134-RA-RWL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Barbara Wolfson ("Plaintiff") voluntarily dismisses her individual claims in the above-captioned action (the "Action") against all defendants. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 6, 2023

**Engel Law PLLC**

By   */s/ Shallom Engel*
     Shallom Engel
     2329 Nostrand Avenue, Suite 100
     Brooklyn, NY 11210
     Telephone: (718) 880-8595
     Email: shallom@engellawpllc.com

     *Attorneys for Plaintiff*